AO 91 (Rev. 02/09) Criminal Complaint    **FELONY**    United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*September 13, 2024*

Nathan Ochsner, Clerk of Court

United States of America )
v. )
Luis Mario REYNAGA Salazar )   Case No. 1:24-MJ-521-01
)
)
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __September 12, 2024__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554__ an offense described as follows:

Knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: one (1) 12-gauge Harrington & Richardson shotgun serial number AZ479087, one (1) Marlin Firearms Co. .17 HMR rifle serial number 93610863, twenty-five (25) rounds of .223 caliber ammunition, six (6) rounds of .17 HMR ammunition, nine (9) assorted firearms magazines, and two (2) scopes.

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet

_____
*Complainant's signature*

Sean Hamp, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on September 13, 2024

Date: September 13, 2024

City and state: Brownsville, Texas

_____
*Judge's signature*

Karen Betancourt, U.S. Magistrate Judge
*Printed name and title*

Attachment A

1:24-MJ-521-01

On September 12, 2024, US Customs and Border Protection officers (CBPOs) encountered Luis Mario REYNAGA Salazar in the outbound lane at the Gateway International Port of Entry (POE) in Brownsville, TX, as he attempted to depart the United States driving a 2013 Honda Accord bearing Mexico license plates ▮▮▮▮. CBPOs received a negative declaration for firearms and currency from REYNAGA. CBPOs conducted the outbound inspection of the Accord and discovered one (1) 12-gauge Harrington & Richardson shotgun serial number AZ479087, one (1) Marlin Firearms Co. .17 HMR rifle serial number 93610863, twenty-five (25) rounds of .223 caliber ammunition, six (6) rounds of .17 HMR ammunition, nine (9) assorted firearms magazines, and two (2) scopes.

Also discovered in the Accord were approximately 246.80 grams of vacuum-sealed bags containing a white powdery substance that field tested positive for cocaine, approximately 251.32 grams of green leafy substance field-tested positive for marijuana, approximately 172.15 grams of marijuana product (vape pens).

Homeland Security Investigations special agents (SAs) responded to Gateway POE and met with REYNAGA who subsequently waived his Miranda rights. REYNAGA stated that he was paid $150 USD to smuggle the items to Matamoros, Mexico. REYNAGA stated he hid the items himself inside the seats of the vehicle. REYNAGA stated he knows it is illegal to bring firearms into Mexico. Additionally, REYNAGA stated he did not have a license to export firearms or ammunition and has not applied for one.

Sean Hamp, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on September 13, 2024

Karen Betancourt
United States Magistrate Judge